# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-2442

_____

United States of America,        *

                                  *

        Appellee,               *

                                  *   Appeal from the United

        v.                 *   District Court for the Western

                                  *   District of Missouri.

Robert Montgomery,         *

                                  *     [UNPUBLISHED]

        Appellant.       *

_____

Submitted:  April 26, 2001
Filed:  May 1, 2001

_____

Before HANSEN, BEAM, and BYE, Circuit Judges.

_____

PER CURIAM.

Robert Montgomery appeals the sentence of 70 months imprisonment and 3 years supervised release imposed on him by the district court[1] after he pleaded guilty to being a felon in possession of a firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2). On appeal, counsel moved to withdraw pursuant to Anders v. California,

_____

[1]The Honorable Fernando J. Gaitan, Jr., United States District Judge for the Western District of Missouri.

386 U.S. 738 (1967), filing a brief concerning ineffective-assistance and <u>Miranda</u>[2] issues, and challenging the length of Montgomery's sentence.

We conclude Montgomery's argument as to his counsel's performance, which he seeks to raise initially on appeal, should be presented in 28 U.S.C. § 2255 proceedings, <u>see</u> <u>United States v. Martin</u>, 59 F.3d 767, 771 (8th Cir. 1995); by pleading guilty he waived the <u>Miranda</u> challenge, <u>see</u> <u>United States v. Vong</u>, 171 F.3d 648, 652 (8th Cir. 1999); and his sentence at the bottom of the applicable Guidelines range is unreviewable, <u>cf.</u> <u>United States v. Woodrum</u>, 959 F.2d 100, 101 (8th Cir. 1992) (per curiam).

Having reviewed the record independently under <u>Penson v. Ohio</u>, 488 U.S. 75, 80 (1988), we have found no non-frivolous issues for appeal.

Accordingly, we grant counsel's motion to withdraw, and we affirm.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[2]<u>Miranda v. Arizona</u>, 384 U.S. 436 (1966).